**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7414

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRYANT PIERRE BOONE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-96-21-A)

Submitted: January 26, 2006          Decided: February 2, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bryant Pierre  Boone, Appellant Pro Se.  Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bryant Pierre Boone appeals the district court's order denying his motion for reconsideration of a prior order denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See <u>United States v. Boone</u>, No. CR-96-21-A (E.D. Va. Aug. 22, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -